**Olin O. TAYLOR, Appellant,**

**v.**

**Lola C. TAYLOR, Appellee.**

**No. 3178.**

District of Columbia Court of Appeals.

Argued April 8, 1963.

Decided May 28, 1963.

Arthur C. Elgin, Washington, D. C., for appellant.

Charles N. Ford, Washington, D. C., for appellee.

Before HOOD, Chief Judge, and QUINN and MYERS, Associate Judges.

PER CURIAM.

Appellant husband brought this action for divorce on the ground of five years voluntary separation.[1] On the conflicting testimony of the husband and wife the trial court found that appellant had failed to prove that the separation was a voluntary one, and accordingly denied the divorce. We find no error.

Affirmed.